IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

RONALD JACKSON

      Plaintiff,                                          ORDER

      v.                                                        24-cv-812-wmc

JUDY LUDWIG and
TRACY THOMPSON,

      Defendants.
_____

On September 11, 2025, the court ordered defendants to provide a short report regarding its concerns for plaintiff's health and safety. (Dkt. #8.) After defendants' report was filed, the court gave plaintiff an opportunity to respond and for defendants to file a reply. (Dkt. ## 18 & 21.) Based on these filings, including plaintiff's recent visit to an advanced care provider and relocation to general population, the court is satisfied that plaintiff's health and safety are not in imminent risk of danger at this time.

Further, while these reports were being filed, defendants also filed a motion to dismiss or, in the alternative, to transfer venue to the District Court for the Eastern District of Wisconsin. (Dkt. #19.) In their motion, defendants argue that venue is improper under 28 U.S.C. § 1391(b), which would mandate dismissal or, if it is in the interest of justice, transfer to a district in which this lawsuit could have been brought. (*Id.*) Moreover, plaintiff concedes that venue here is improper under § 1391(b) and does not oppose transfer to the District Court for the Eastern District of Wisconsin, where the parties agree venue is proper. (Dkt. #23). Accordingly, defendants' motion to dismiss or, in the

1

alternative to transfer venue to the Eastern District of Wisconsin (dkt. #19) is DENIED

and GRANTED IN PART.  The clerk of court is DIRECTED TO TRANSFER this case

to the District Court for the Eastern District of Wisconsin.

Entered this 29th day of October, 2025.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge